**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-30311-ACS |
| M&P COLLECTIONS, INC. and F&M LAW FIRM P.S.C. | CHAPTER 7 |
| Debtors | JOINTLY ADMINISTERED |

ROBERT W. KEATS, CHAPTER 7 TRUSTEE
    Plaintiff

v.                                                                                                      ADVERSARY PROCEEDING 21-03007-ACS

SPECIALIZED ATTORNEY SERVICES, INC.

## ORDER EXTENDING OBJECTION PERIOD

The Parties having agreed and submitted an Agreed Motion in which the Parties consented to an extension of time in which the Chapter 7 Trustee may file a response or otherwise object to Specialized Attorney Services, Inc.'s pending Motion to Vacate Default Judgment [DN 11], and this Court being in all ways sufficiently advised;

IT IS HEREBY ORDERED that the objection deadline for Specialized Attorney Services, Inc.'s Motion to Vacate Default Judgment is extended to August 23, 2021.

ENTERED this the ___ day of _____, 2021.

_____
Hon. Alan C. Stout
United States Bankruptcy Judge

HAVE SEEN AND AGREED:

/s/ Sarah S. Mattingly
Sarah S. Mattingly, Esq.
DINSMORE & SHOHL LLP
101 S. Fifth St., Ste. 2500
Louisville, KY 40202
(502) 581-8000
(502) 581-8111 (Fax)
Sarah.mattingly@dinsmore.com
*Counsel for Defendant*

/s/ Matthew D. Ellison (by permission)
Matthew D. Ellison, Esq.
Fowler Bell PLLC
300 W. Vine St., Ste. 600
Lexington, KY 40507
(859) 252-6700
(859) 255-3735 (Fax)
mellison@fowlerlaw.com
*Counsel for Plaintiff*